IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| P. B. §<br>§<br>  Plaintiff, §<br>§<br>v. §<br>§<br>THOMAS BERGAMI, Warden, §<br>Prairieland Detention Center; JOSHUA §<br>JOHNSON, Field Office Director, Dallas §<br>Field Office, U.S. Immigration and §<br>Customs Enforcement; KRISTI NOEM, §<br>Secretary of the U.S. Department of §<br>Homeland Security; PAMELA BONDI, §<br>Attorney General of the United States, in §<br>their official capacities §<br>§<br>  Defendants. § | Civil Action No.  3:25-CV-02978-O |

## ORDER

Before the Court are Plaintiff's Motion for Temporary Restraining Order (ECF No. 2) and Brief in Support (ECF No. 3). In order to expeditiously resolve the issues presented, the Court **ORDERS** Plaintiff to notify Defendants of the pending Motion. The Parties **SHALL** then meet and confer and provide the Court with an agreed briefing schedule for Plaintiff's Motion for Temporary Restraining Order.

**SO ORDERED** on this **2nd day** of **November, 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

1