IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **P. B.** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-02978-O |
| | § | |
| **THOMAS BERGAMI**, Warden, | § | |
| Prairieland Detention Center; **JOSHUA** | § | |
| **JOHNSON**, Field Office Director, Dallas | § | |
| Field Office, U.S. Immigration and | § | |
| Customs Enforcement; **KRISTI NOEM**, | § | |
| Secretary of the U.S. Department of | § | |
| Homeland Security; **PAMELA BONDI**, | § | |
| Attorney General of the United States, in | § | |
| their official capacities | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is the parties' Joint Notice of Conference Regarding Briefing Schedule (ECF No. 8). After reviewing the filing, the Court adopts the parties' proposed briefing schedule regarding (1) Petition for Writ of Habeas Corpus and Motion for Order to Show Cause (ECF No. 1), (2) Motion for Temporary Restraining Order (ECF Nos. 2 and 3), and (3) Motion for Leave to Proceed Under Initials and to Seal (ECF No. 4), all filed November 1, 2025. Accordingly, the Court **ORDERS** the following briefing schedule:

1. Respondents shall file a response or answer to the above listed Petition and Motions by **Friday, November 14, 2025**.

2. Petitioner shall file any replies by **Monday, November 17, 2025**.

**SO ORDERED** on this **4th day** of **November, 2025**.

_Reed O'Connor_
**CHIEF UNITED STATES DISTRICT JUDGE**