IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| P. B. | § | |
|   Petitioner, | § § § | |
| v. | § § | Civil Action No.  3:25-CV-02978-O |
| THOMAS BERGAMI, Warden, Prairieland Detention Center; JOSHUA JOHNSON, Field Office Director, Dallas Field Office, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, in their official capacities | § § § § § § § § § § § § | |
|   Respondents. | § | |

**ORDER**

    Before the Court are Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1), Motion for Temporary Retraining Order (ECF No. 2) and Brief in Support (ECF No. 3); Respondents' Response (ECF No. 11); and Petitioner's Reply (ECF No 13). To expedite resolution of the contested issues, the Court sets an in-person hearing on **Monday, December 1, 2025**, at **4:00 PM** to discuss these filings. The hearing will convene in **Courtroom 1310, 1100 Commerce Street, Dallas, Texas**. Counsel for all parties are hereby **ORDERED** to appear at the hearing set above.

    **SO ORDERED** on this **24th day** of **November, 2025**.

 

_Reed O'Connor_
**CHIEF UNITED STATES DISTRICT JUDGE**