IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| P. B. | § | |
| | § | |
|   Petitioner, | § | |
| | § | |
| v. | § | Civil Action No.  3:25-CV-02978-O |
| | § | |
| THOMAS BERGAMI, Warden, Prairieland Detention Center; JOSHUA JOHNSON, Field Office Director, Dallas Field Office, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, in their official capacities | § § § § § § § § § | |
| | § | |
|   Respondents. | § | |

## ORDER

Before the Court is Petitioner's Motion for Leave to File Under Seal a Supplemental Appendix to her Reply Brief (ECF No. 16). Having reviewed the Motion, and noting it is unopposed, the Court finds that the Motion, should be, and is **GRANTED**.

Accordingly, the Court **DIRECTS** the Clerk of Court to separately docket ECF No. 16-2 under seal as a supplemental appendix to Petitioner's Reply (ECF No. 13).

**SO ORDERED** on this **1st day** of **December, 2025**.

_Reed O'Connor_
**CHIEF UNITED STATES DISTRICT JUDGE**