IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| P. B. | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No.  3:25-CV-02978-O |
| | § | |
| THOMAS BERGAMI, Warden, Prairieland Detention Center; JOSHUA JOHNSON, Field Office Director, Dallas Field Office, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, in their official capacities | § § § § § § § § § § | |
| | § | |
| Respondents. | § | |

**ORDER**

On December 13, 2025, the Court entered an order denying Petitioner's Writ of Habeas Corpus and Temporary Restraining Order (ECF No. 21). Accordingly, the Court **ORDERS** the Parties to meet and confer and submit a joint status report regarding how this case should proceed **no later than December 23, 2025**.

**SO ORDERED** on this **16th day** of **December, 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**